IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) ) ) No. 1:16-CR-210 |
| L.P., Male Juvenile, | ) ) |
| Defendant | ) |

## JUVENILE'S REQUEST TO BE PROCEEDED AGAINST AS AN ADULT

COMES NOW, L.P., a juvenile male, Defendant herein, and states that he is a juvenile who is alleged to have committed acts of juvenile delinquency as those terms are defined and discussed under the Juvenile Justice and Delinquency Prevention Act (18 U.S.C. § 5031 et seq.).

Defendant is fully aware that he is accused of committing an offense that would be a felony crime if he had been an adult, namely willfully and knowingly making and causing to be made a materially false, fictitious, and fraudulent statement and representation to a Special Agent of the Federal Bureau of Investigation in connection with a criminal investigation, in violation of Title 18, United States Code, Section 1001.

Defendant further understands that under the provisions of Title 18, United States Code, Section 5032, unless he has requested in writing upon advice of counsel, Defendant would not be proceeded against by criminal prosecution as an adult until a hearing was conducted in district court to determine if transfer of Defendant from juvenile to adult status would be in the interest of justice.

Defendant has agreed to enter a plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), to making false statements, in violation of Title 18, United States Code, Section 1001.

Defendant, upon advice of counsel, voluntarily waives any juvenile delinquency and transfer hearing, and requests to be proceeded against as an adult for purposes of criminal prosecution in this case on the condition that the Court accepts the Rule 11(c)(1)(C) plea.

WHEREFORE, Defendant respectfully requests the Court to order defendant transferred for criminal prosecution as an adult for the purpose of entering a plea.

Dated: 9/13/16

*Luis Portorreal*
Luis Portorreal
Defendant

*Jessica N. Carmichael*
Jessica N. Carmichael, Esq.
Counsel for the Defendant