Date: 10/20/2016  Judge: Hilton  Reporter: J. Egal
Time: 9:46 to 10:08  Interpreter:
  Language:
  Update Deadlines:
UNITED STATES of AMERICA  Prob. Copies:
         Vs.  PTS Copies:
  AUSA Copes:

Luis Portorreal               1:16CR00210-001
Defendant's Name              Case Number

Jessica Carmichael            Julia Martinez
Counsel for Defendant         Counsel for Government

Matter called for:
( ) Motions              ( ) Setting Trial Date      ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment          ( ) Appeal from USMC        ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.                (✓) Pre-Indictment Plea    ( ) Other:

Defendant appeared:      (✓) in person               ( ) failed to appear
                         (✓) with Counsel            ( ) without counsel        ( ) through counsel

Filed in open court:
(✓) Criminal        (✓) Plea           (✓) Statement of Facts   (✓) Waiver of         ( ) Discovery Order
Information         Agreement                                   Indictment
(✓) Juvenile's Request to be Proceeded Against as an Adult

Order entered transferring the defendant for criminal prosecution as an adult.

Defendant entered a Plea of Guilty as to Count 1 of the Criminal Information    Plea Accepted (✓)
Defendant directed to USPO for PSI:  ( ) Yes  (✓) No

Defendant sentenced to 5 years probation and assessed $100.00. Cond. of probation: Defendant shall abide by any computer or internet monitoring as directed by probation.

US' oral motion to unseal the case – Granted, Order entered.