IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:16-CR-210 |
| | ) |
| LUIS PORTORREAL, | ) |
| | ) |
| Defendant | ) |

## ORDER

Upon motion of the United States and this Court's acceptance of the defendant's guilty plea, it is hereby

ORDERED that the above captioned case is UNSEALED.

It is further ORDERED that the Juvenile Information and the Certification to Proceed Under the Juvenile Justice and Delinquency Prevention Act remain UNDER SEAL.

It is further ORDERED that the caption of this case is *United States v. Luis Portorreal*.

Claude M. Hilton
United States District Judge

Date: Oct. 20, 2016
Alexandria, VA